**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENIS IURIEVICH ANDREICHENKO, Petitioner, v. MARKWAYNE MULLIN, *et al.*, Respondents. | Case No. 5:26-cv-04015-DMK **JUDGMENT** |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is granted to the extent provided in that Order.

The Clerk of Court is directed to close this case.

DATED: August 26, 2026

HON. DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE